UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY GARDNER,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>    Defendant. | No. 2:18-cv-02027-WBS-GGH<br><br>ORDER |

The court, having reviewed the stipulation between the parties to extend defendant's time to respond to the Complaint and finding good cause therefore, IT IS HEREBY ORDERED that Defendant shall to and including September 6, 2018, to file its response to plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: August 24, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1