Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
Nationstar Mortgage LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NANCY GARDNER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Nationstar Mortgage LLC, and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No: 2:18-cv-02027-WBS-GGH<br><br>**STIPULATION TO DISMISS; [PROPOSED] ORDER**<br><br>Date: February 27, 2019<br>Honorable William B. Shubb |

　　　Plaintiff Nancy Gardner ("Plaintiff") and Defendant Nationstar Mortgage LLC ("Nationstar" or "Defendant") through their respective counsel, hereby represent to the Court that they have entered into a written settlement agreement resolving all claims in the above-captioned matter, and hereby stipulate and request that the Court:

　　　1. Dismiss the entire action with prejudice, each party to bear its own fees and costs; and

　　　2. Enter an Order of Dismissal in accordance with this stipulation in the form of the proposed order attached hereto.

1  IT IS SO STIPULATED.

2  DATED:  February 27, 2019          SAGARIA LAW P.C.

3

4                                      By:    */s/ Eliot W. Gale*
                                              Elliot W. Gale (SBN 263326)
                                              Joe B. Angelo (SBN 268542)
5                                             Scott M. Johnson (SBN 287182)

6                                      Attorneys for Plaintiff, Nancy Gardner

7
8  DATED: February 27, 2019           REED SMITH LLP

9                                      By:    */s/ Raffi Kassabian*
                                              Abraham J. Colman (SBN 146933)
10                                            Raffi Kassabian (SBN 260358)

11                                     Attorneys for Defendant,
                                       Nationstar Mortgage LLC
12

## **ORDER OF DISMISSAL**

Plaintiff Nancy Gardner and Defendant Nationstar Mortgage LLC having stipulated for dismissal of this action with prejudice and good cause appearing:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That the entire action and each and every cause of action therein, shall be, and hereby is, dismissed with prejudice as to Defendant Nationstar Mortgage LLC; and

2. That each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE